No. 259. CITIES SERVICE OIL CO. v. PARK STEAMSHIP Co., LTD. C. A. 2d Cir. Motion for leave to file brief of States Marine Corp. et al., as *amici curiae*, denied. Certiorari denied. *Barent Ten Eyck* for petitioner. *Eugene Underwood* for respondent.

No. 262. MICHEL v. LOUISVILLE & NASHVILLE RAILROAD Co. C. A. 5th Cir. Certiorari denied. *Howard W. Lenfant* for petitioner. *Harry McCall* for respondent.

No. 277. IN RE CARTER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Solicitor General Perlman* for the United States District Court for the District of Columbia et al., petitioners. *James A. Cobb* and *George E. C. Hayes* for Carter, respondent.

No. 25, Misc. MIDDLEBROOKS v. ROSS, SHERIFF. C. A. 9th Cir. Certiorari denied. *A. L. Wirin* and *Thurgood Marshall* for petitioner. *Frank W. Richards*, Deputy Attorney General of California, for respondent.

No. 146, Misc. VAN BEEK v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 151, Misc. HOLLY v. PENNSYLVANIA ET AL. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 152, Misc. BAYKEN v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.